**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1258**

ARTHUR H. KEELS,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee,

and

PALMETTO GOVERNMENT BENEFITS ADMINISTRATORS,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief
District Judge. (CA-01-4864-3-17BD)

Submitted: May 20, 2003             Decided: May 28, 2003

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Arthur H. Keels, Appellant Pro Se. Jennifer J. Aldrich, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur H. Keels appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Defendant and the order denying Keels' motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Keels v. Sec'y, Dep't of Health & Human Servs., No. CA-01-4864-3-17BD (D.S.C. filed Feb. 6, 2003, and entered Feb. 7, 2003; Feb. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2